TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MARIA R. GUTIERREZ
Assistant United States Attorney
Arizona State Bar No. 026659
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: Maria.Gutierrez@usdoj.gov
Attorneys for Plaintiff

| ✓ FILED | ____ LODGED |
|---|---|
| ____ RECEIVED | ____ COPY |

JUL 0 1 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-25-00965-PHX-DJH (MTM) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of a Firearm) Count 1 |
| Ramone Adami, | | |
| Defendant. | | 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**

On or about July 30, 2024, in the District of Arizona, Defendant, RAMONE ADAMI, did possess, in and affecting interstate commerce, the following firearms and ammunition:

(1) Ruger, model Mark III, .22 LR caliber semi-automatic pistol, serial number: 274-55924;

(2) unknown/privately manufactured, unknown model designation, .223 Remington caliber semi-automatic rifle, no serial number; and

(3) ten rounds of ammunition with the CCI brand headstamp.

Defendant, RAMONE ADAMI, knowingly possessed said firearms and ammunition, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

//

All in accordance with Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  July 1, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
MARIA R. GUTIERREZ
Assistant U.S. Attorney

- 3 -