TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MARIA R. GUTIERREZ
Assistant United States Attorney
Arizona State Bar No. 026659
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: Maria.Gutierrez@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-25-00965-PHX-DJH |
|---|---|
| Plaintiff, | **GOVERNMENT'S FIRST BILL OF PARTICULARS** |
| v. | |
| Ramone Adami, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America submits this notice in the form of a First Bill of Particulars and particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegation set forth in the Indictment (Doc. 1):

Unknown Manufacturer .223 Rifle SN: None

Respectfully submitted this 7th day of July 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

S/Maria R. Gutierrez
MARIA R. GUTIERREZ
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on July 7, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Counsel of record

By: *V. Tiffany*
U.S. Attorney's Office

2